UNITED STATES DISTRICT COURT
DISTRICT OF UTAH,

| | |
|---|---|
| KARL ALAND,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | **ORDER**<br><br>Case No. 2:24-cv-00401-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

　　　　Before the Court is the United States' Unopposed Motion to Extend Time to Respond to Complaint. For the reasons stated in the motion and for good cause appearing, the motion is GRANTED (ECF No. 8) and the United States shall file its response to the Complaint on or before **September 18, 2024.**

　　　　Dated: August 12, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DUSTIN B. PEAD
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge